1

2

3

JS-6

4

5

6

7

8

9    UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JEWELRY UNLIMITED, INC., doing business as INDIA GEMS, | Case No. 2:21-cv-08200-CJC-ASx |
| 13 | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 14              Plaintiff, | |
| 15        v. | |
| 16  PUDONG PRIME INT'L LOGISTICS, INC., and DOE ONE through DOE TEN, | |
| 17 | |
| 18              Defendants. | |
| 19 | |

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   The Court, having considered the Stipulation for Dismissal With Prejudice
2   Pursuant to FRCP 41 of Plaintiff JEWELRY UNLIMITED, INC., doing business as
3   INDIA GEMS, and Defendant, PUDONG PRIME INT'L LOGISTICS, INC., and
4   DDOE ONE through DOE TEN finds good cause exists and grants the request, with
5   each party to bear its own attorneys' fees

6   **IT IS SO ORDERED.**

7

8   Dated: May 25, 2022                                    _____
9                                                          Honorable Cormac J. Carney
                                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28